# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 641**

In the Matter of                                    Case Number:

WILLIAM E. DUGAN, et al.

  v.

KEVIN MISCH TRUCKING & EXCAVATING, INC., an Indiana corporation

**JUDGE CASTILLO**
**MAGISTRATE JUDGE KEYS**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WILLIAM E. DUGAN, et al., Plaintiffs herein

**J. N.**

| NAME (Type or print) |
|---|
| Cecilia M. Scanlon |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Cecilia M. Scanlon |

| FIRM |
|---|
| Baum Sigman Auerbach & Neuman, Ltd. |

| STREET ADDRESS |
|---|
| 200 W. Adams Street, Suite 2200 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL  60606-5231 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6288574 | 312/236-4316 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |
|---|---|---|

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐