# United States District Court for the Northern District of Illinois

Case Number: 08cv641          Assigned/Issued By: j. n.

Judge Name: castillo          Designated Magistrate Judge: keys

## FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350_____          Receipt #: 2500559_____

Date Payment Rec'd: 1-29-08_____   Fiscal Clerk: j. n._____

## ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                          _____
                                          (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

1__ Original and 0_____ copies on 1-30-08_____ as to defendant_____
                                        (Date)

_____
_____

C:\wpwin80\docket\feeinfo.frm     03/14/05