AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

WILLIAM E. DUGAN, et al.

V.

KEVIN MISCH TRUCKING & EXCAVATING, INC., an Indiana corporation

CASE NUMBER: **08 C 641**

ASSIGNED JUDGE: **JUDGE CASTILLO**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

Kevin Misch Trucking & Excavating, Inc.
Kevin Misch, Registered Agent/President
2025 Cardinal Drive
Wheatfield, IN  46392

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cecilia M. Scanlon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL  60606-5231

an answer to the complaint which is herewith served upon you, within  **Twenty (20)**  days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*/s/ [signature]*
(By) DEPUTY CLERK

January 30, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 3-4-08 |
| NAME OF SERVER (PRINT) Lisa M. Everett | TITLE Civil Process Server |

*Check one box below to indicate appropriate method of service*

- ☐ Served personally upon the defendant. Place where served: _____

- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: Carol Hurt - Mother
- ☐ Returned unexecuted: 3-4-08 @ 3:30pm
  F, W, 65, Grey, Glasses
  At Address of 2447 W. 1450 North Wheatfield, IN 46392

- ☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-4-08
Signature of Server: Lisa M Everett

Address of Server: 9708 W. 147th Ave., Ste D, Cedar Lake, IN 46303

Susan Milby
Notary Public Seal State of Indiana
Lake County
My Commission Expires 11/14/2015

Susan Milby

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.