IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | NO. 08 C 0641 |
| KEVIN MISCH TRUCKING | ) | |
| & EXCAVATING, INC., an Indiana | ) | JUDGE RUBEN CASTILLO |
| corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:　Mr. Kevin Misch, Registered Agent　　　Mr. Kevin Misch, Registered Agent
　　　Kevin Misch Trucking & Excavating, Inc.　Kevin Misch Trucking & Excavating, Inc.
　　　2025 Cardinal Drive　　　　　　　　　　　2447 W 1450 N
　　　Wheatfield, IN  46392　　　　　　　　　　Wheatfield, IN  46392

YOU ARE HEREBY NOTIFIED that on **Wednesday**, the **9th** day of **April 2008** at **9:45 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable Ruben Castillo, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2141, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion to Reopen Case and for Entry of Judgment Against Defendant. A copy of said motion is hereby served upon you.

　　　　　　　　　　　　　　　　　　　　　　/s/　Cecilia M. Scanlon

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 31st day of March 2008:

                Mr. Kevin Misch, Registered Agent
                Kevin Misch Trucking & Excavating, Inc.
                2025 Cardinal Drive
                Wheatfield, IN   46392

                Mr. Kevin Misch, Registered Agent
                Kevin Misch Trucking & Excavating, Inc.
                2447 W 1450 N
                Wheatfield, IN   46392

                                    /s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\MOEJ\Kevin Misch\notice of motion.cms.df.wpd