# MIDWEST OPERATING ENGINEERS FRINGE BENEFIT FUNDS
## MONTHLY CONTRIBUTION REPORTING FORM

**PLEASE USE SEPARATE FORM FOR DIFFERENT RATES**

BUS. PHONE: (219) 923-8040

EMPLOYER'S CODE: 39701

JOB LOCATION/CONTRACT: IND 4-CTY/H & H ( 500 )

FEDERAL I.D. NO.: 32-0016483

HOURS WORKED DURING THE MONTH OF: 9/2007

YOU ARE REQUIRED TO PAY INTO THE APPRENTICESHIP FUND ON ALL OPERATING ENGINEERS EVEN IF YOU DO NOT HAVE AN APPRENTICE ON YOUR PAYROLL.

KEVIN MISCH TRKG & EXC INC
C/O THOMAS WITHEROW & CO.
9002 INDIANAPOLIS BLVD
HIGHLAND IN 46322

### CONTRIBUTION RATES/REFER TO AGREEMENT

| CHECK NUMBER | FUND | RATE PER HR. | TOTAL AMOUNT |
|---|---|---|---|
|  | WELFARE | 7.80 | 5,783.70 |
|  | PENSION | 6.50 | 4,819.75 |
|  | APPRENTICESHIP | .90 | 667.35 |
|  | VACATION | 1.80 | 1,334.70 |
|  | CRF | .15 | 111.23 |
|  | INDUSTRY | .00 |  |

12716.73

CONTRIBUTIONS ARE DUE BY THE 10TH DAY OF THE MONTH FOR ALL HOURS WORKED IN THE PRECEDING MONTH. HOWEVER, IF PAYMENT IS NOT IN BY THE 20TH OF THE MONTH IT SHALL BE CONSIDERED A VIOLATION OF CONTRACT AND THE EMPLOYER WILL BE HELD LIABLE FOR ANY CLAIMS THAT MAY ARISE.

**INSTRUCTIONS ON REVERSE SIDE**

INDICATE: WORKING AGREEMENT PER THIS FORM

REPORT  W/O $

[ ] BUILDING
[X] HEAVY & HIGHWAY
[ ] MATERIAL PRODUCER

OTHER SPECIFY

**PARTNERS OR A SOLE PROPRIETOR ARE NOT TO MAKE CONTRIBUTIONS ON THEIR OWN BEHALF.**

| HOURS REPORTED | SOCIAL SECURITY NUMBER | Self Pay | EMPLOYEE - LAST NAME | FIRST NAME | Mid. Intl. | LIST LOCAL IF OTHER THAN 150 |
|---|---|---|---|---|---|---|
| 39.50 | 3487 |  | HUNTER | CHRIS | S |  |
| 184.75 | 1469 |  | LARGURA | TINO | E |  |
| 215.25 | 7409 |  | WADDLE | MATTHEW |  |  |
| 146.00 | 6913 |  | Kowchar | Casey | J |  |
| 146.00 | 8855 |  | Weaver | Brian | P. |  |
| 10.00 | 9032 |  | Hansford | Timothy | R |  |

MOE REC'D
FEB 25 2008
DELINQUENCY

741.50 ← TOTAL HOURS

SIGNATURE: Kevin Misch

The undersigned employer, if not already signatory hereby becomes a signatory party to the current applicable Collective Bargaining Agreement with the Union covering the type and area of work of the listed employee and also to each Agreement and Declaration of Trust, and Amendments, establishing the Funds for which payment is made herewith.

[ ] INACTIVE NO MEN THIS MONTH
[ ] FINAL REPORT NO MEN UNTIL FURTHER NOTICE
[ ] SEND ADDITIONAL CONTRIBUTION FORMS

36

# MIDWEST OPERATING ENGINEERS FRINGE BENEFIT FUNDS / O.E. LOCAL 150
## MONTHLY CONTRIBUTION REPORTING FORM

**PLEASE USE SEPARATE FORM FOR DIFFERENT RATES**

JOB LOCATION/CONTRACT: IND 4-CTY/H & H ( 500 )

BUS. PHONE: (219) 923-8040
FEDERAL I.D. NO.: 32-0016483
EMPLOYER'S CODE: 39701
HOURS WORKED DURING THE MONTH OF: 10/2007

YOU ARE REQUIRED TO PAY INTO THE APPRENTICESHIP FUND ON ALL OPERATING ENGINEERS EVEN IF YOU DO NOT HAVE AN APPRENTICE ON YOUR PAYROLL.

KEVIN MISCH TRKG & EXC INC
C/O THOMAS WITHEROW & CO.
9002 INDIANAPOLIS BLVD
HIGHLAND IN 46322

### CONTRIBUTION RATES/REFER TO AGREEMENT

| CHECK NUMBER | FUND | RATE PER HR. | TOTAL AMOUNT |
|---|---|---|---|
| | WELFARE | 7.80 | 6,423.30 |
| | PENSION | 6.50 | 5,352.75 |
| | APPRENTICESHIP | .90 | 741.15 |
| | VACATION | 1.80 | 1,482.30 |
| | CRF | .15 | 123.53 |
| | INDUSTRY | .00 | |

14123.03

INDICATE: WORKING AGREEMENT PER THIS FORM
- [ ] BUILDING
- [ ] HEAVY & HIGHWAY
- [ ] MATERIAL PRODUCER

REPORT W/O $

OTHER SPECIFY

CONTRIBUTIONS ARE DUE BY THE 10TH DAY OF THE MONTH FOR ALL HOURS WORKED IN THE PRECEDING MONTH. HOWEVER, IF PAYMENT IS NOT IN BY THE 20TH OF THE MONTH IT SHALL BE CONSIDERED A VIOLATION OF CONTRACT AND THE EMPLOYER WILL BE HELD LIABLE FOR ANY CLAIMS THAT MAY ARISE.

**INSTRUCTIONS ON REVERSE SIDE**

**PARTNERS OR A SOLE PROPRIETOR ARE NOT TO MAKE CONTRIBUTIONS ON THEIR OWN BEHALF.**

| HOURS REPORTED | SOCIAL SECURITY NUMBER | Self Pay | EMPLOYEE - LAST NAME | FIRST NAME | Mid. Intl. | LIST LOCAL IF OTHER THAN 150 |
|---|---|---|---|---|---|---|
| | 3187 | | HUNTER | CHRIS S | | |
| 165.50 | 1469 | | LARGURA | TINO E | | |
| 205.00 | 7409 | | WADDLE | MATTHEW | | |
| 203.50 | 8865 | | Weaver P. | Brian | | |
| 249.50 | 6913 | | Konchar | Casey | | |

MOE REC'D
JAN 25 2008
DELINQUENCY

| 823.50 | ← TOTAL HOURS | SIGNATURE |
|---|---|---|

The undersigned employer, if not already signatory hereby becomes a signatory party to the current applicable Collective Bargaining Agreement with the Union covering the type and area of work of the listed employee and also to each Agreement and Declaration of Trust, and Amendments, establishing the Funds for which payment is made herewith.

- [ ] INACTIVE NO MEN THIS MONTH
- [ ] FINAL REPORT NO MEN UNTIL FURTHER NOTICE
- [ ] SEND ADDITIONAL CONTRIBUTION FORMS

# MIDWEST OPERATING ENGINEERS FRINGE BENEFIT FUNDS – O.E. LOCAL 150
## MONTHLY CONTRIBUTION REPORTING FORM

**PLEASE USE SEPARATE FORM FOR DIFFERENT RATES**

BUS. PHONE: (219) 923-8040
EMPLOYER'S CODE: 39701

JOB LOCATION/CONTRACT: IND 4-CTY/H & H ( 500 )
FEDERAL I.D. NO.: 32-0016483
HOURS WORKED DURING THE MONTH OF: 1?/2007

YOU ARE REQUIRED TO PAY INTO THE APPRENTICESHIP FUND ON ALL OPERATING ENGINEERS EVEN IF YOU DO NOT HAVE AN APPRENTICE ON YOUR PAYROLL.

KEVIN MISCH TRKG & EXC INC
C/O THOMAS WITHEROW & CO.
9002 INDIANAPOLIS BLVD
HIGHLAND IN 46322

### CONTRIBUTION RATES/REFER TO AGREEMENT

| CHECK NUMBER | FUND | RATE PER HR. | TOTAL AMOUNT |
|---|---|---|---|
| | WELFARE | 7.80 | 2620.80 |
| | PENSION | 6.50 | 2184.00 |
| | APPRENTICESHIP | .90 | 302.40 |
| | VACATION | 1.80 | 604.80 |
| | CRF | .15 | 50.40 |
| | INDUSTRY | .00 | |

$5762.40

INDICATE: WORKING AGREEMENT PER THIS FORM
[ ] BUILDING
[X] HEAVY & HIGHWAY
[ ] MATERIAL PRODUCER

OTHER SPECIFY: **REPORT W/O $**

CONTRIBUTIONS ARE DUE BY THE 10TH DAY OF THE MONTH FOR ALL HOURS WORKED IN THE PRECEDING MONTH. HOWEVER, IF PAYMENT IS NOT IN BY THE 20TH OF THE MONTH IT SHALL BE CONSIDERED A VIOLATION OF CONTRACT AND THE EMPLOYER WILL BE HELD LIABLE FOR ANY CLAIMS THAT MAY ARISE.

**INSTRUCTIONS ON REVERSE SIDE**

**PARTNERS OR A SOLE PROPRIETOR ARE NOT TO MAKE CONTRIBUTIONS ON THEIR OWN BEHALF.**

| HOURS REPORTED | SOCIAL SECURITY NUMBER | Self Pay | EMPLOYEE - LAST NAME | FIRST NAME | Mid. Intl. | LIST LOCAL IF OTHER THAN 150 |
|---|---|---|---|---|---|---|
| 131.50 | | 1469 | LAGURA | Tino | E | |
| 204.50 | | 7409 | Wuddle | Matthew | | |

MOE REC'D JAN 25 2008 DELINQUENCY

TOTAL HOURS: 336.00

SIGNATURE:

The undersigned employer, if not already signatory hereby becomes a signatory party to the current applicable Collective Bargaining Agreement with the Union covering the type and area of work of the listed employee and also to each Agreement and Declaration of Trust, and Amendments, establishing the Funds for which payment is made herewith.

[ ] INACTIVE NO MEN THIS MONTH
[ ] FINAL REPORT NO MEN UNTIL FURTHER NOTICE
[ ] SEND ADDITIONAL CONTRIBUTION FORMS

# MIDWEST OPERATING ENGINEERS FRINGE BENEFIT FUNDS I.U.O.E. LOCAL 150
## MONTHLY CONTRIBUTION REPORTING FORM

**PLEASE USE SEPARATE FORM FOR DIFFERENT RATES**

BUS. PHONE (219) 923-8040

EMPLOYER'S CODE 39701

JOB LOCATION/CONTRACT: IND 4-CTY/H & H ( 500 )

FEDERAL I.D. NO. 32-0016483

HOURS WORKED DURING THE MONTH OF 12/2007

YOU ARE REQUIRED TO PAY INTO THE APPRENTICESHIP FUND ON ALL OPERATING ENGINEERS EVEN IF YOU DO NOT HAVE AN APPRENTICE ON YOUR PAYROLL.

KEVIN MISCH TRKG & EXC INC
C/O THOMAS WITHEROW & CO.
9002 INDIANAPOLIS BLVD
HIGHLAND IN 46322

### CONTRIBUTION RATES/REFER TO AGREEMENT

| CHECK NUMBER | FUND | RATE PER HR. | TOTAL AMOUNT |
|---|---|---|---|
| | WELFARE | 7.80 | 2854.80 |
| | PENSION | 6.50 | 2379.00 |
| | APPRENTICESHIP | .90 | 329.40 |
| | VACATION | 1.80 | 658.80 |
| | CRF | .15 | 54.90 |
| | INDUSTRY | .00 | |

6276.90

INDICATE: WORKING AGREEMENT PER THIS FORM
- [ ] BUILDING
- [X] HEAVY & HIGHWAY
- [ ] MATERIAL PRODUCER
- [ ] OTHER SPECIFY

REPORT W/O $

CONTRIBUTIONS ARE DUE BY THE 10TH DAY OF THE MONTH FOR ALL HOURS WORKED IN THE PRECEDING MONTH. HOWEVER, IF PAYMENT IS NOT IN BY THE 20TH OF THE MONTH IT SHALL BE CONSIDERED A VIOLATION OF CONTRACT AND THE EMPLOYER WILL BE HELD LIABLE FOR ANY CLAIMS THAT MAY ARISE.

**INSTRUCTIONS ON REVERSE SIDE**

**PARTNERS OR A SOLE PROPRIETOR ARE NOT TO MAKE CONTRIBUTIONS ON THEIR OWN BEHALF.**

| HOURS REPORTED | SOCIAL SECURITY NUMBER | Self Pay | EMPLOYEE - LAST NAME | FIRST NAME | Mid. Intl. | LIST LOCAL IF OTHER THAN 150 |
|---|---|---|---|---|---|---|
| 115 50 | 3487 | | Hunter | Chris | S. | |
| 122 50 | 7409 | | Waddle | Matthew | | |
| 128 00 | 1469 | | Laguera | Tino | E. | |

MOE REC'D 2/5 2008 DELINQUENCY

TOTAL HOURS: 366 00

SIGNATURE:

The undersigned employer, if not already signatory hereby becomes a signatory party to the current applicable Collective Bargaining Agreement with the Union covering the type and area of work of the listed employee and also to each Agreement and Declaration of Trust, and Amendments, establishing the Funds for which payment is made herewith.

- [ ] INACTIVE NO MEN THIS MONTH
- [ ] FINAL REPORT NO MEN UNTIL FURTHER NOTICE
- [ ] SEND ADDITIONAL CONTRIBUTION FORMS

**MIDWEST OPERATING ENGINEERS FRINGE BENEFIT FUNDS / U.O.E. LOCAL 150**
**REPORTING FORM FOR SHAREHOLDERS & RELATIVES ONLY**

PLEASE USE SEPARATE FORM FOR DIFFERENT RATES

BUS. PHONE: (219) 923-8040
EMPLOYER'S CODE: 39701

JOB LOCATION/CONTRACT: IND 4-CTY/H & H ( 500 )
FEDERAL I.D. NO.: 32-0016483
HOURS WORKED DURING THE MONTH OF: 1/2008

KEVIN MISCH TRKG & EXC INC
C/O THOMAS WITHEROW & CO.
9002 INDIANAPOLIS BLVD
HIGHLAND IN 46322

**CONTRIBUTION RATES/REFER TO AGREEMENT**

| CHECK NUMBER | FUND | RATE PER HR. | TOTAL AMOUNT |
|---|---|---|---|
| | WELFARE | 7.80 | 1,170.00 |
| | PENSION | 6.50 | 975.00 |
| | APPRENTICESHIP | .00 | |
| | CRF | .15 | 22.50 |
| | INDUSTRY | .00 | |

CONTRIBUTIONS ARE DUE BY THE 10TH DAY OF THE PRECEDING MONTH FOR WHICH THE EMPLOYER IS REPORTING. HOWEVER, IF PAYMENT IS NOT IN BY THE 20TH OF THE MONTH IT SHALL BE CONSIDERED A VIOLATION OF CONTRACT AND THE EMPLOYER WILL BE HELD LIABLE FOR ANY CLAIMS THAT MAY ARISE.

**INSTRUCTIONS ON REVERSE SIDE**

INDICATE: WORKING AGREEMENT PER THIS FORM
[ ] BUILDING
[X] HEAVY & HIGHWAY
[ ] MATERIAL PRODUCER
OTHER SPECIFY: _____

**PARTNERS OR A SOLE PROPRIETOR ARE NOT TO MAKE CONTRIBUTIONS ON THEIR OWN BEHALF.**

| HOURS REPORTED | SOCIAL SECURITY NUMBER | Self Pay | EMPLOYEE - LAST NAME | FIRST NAME | Mid. Intl. | LIST LOCAL IF OTHER THAN 150 | FUND OFFICE - USE ONLY |
|---|---|---|---|---|---|---|---|
| 150 | 6702 | | MISCH | KEVIN | | | |

MOE REC'D
JAN 2 5 2008
DELINQUENCY

TOTAL HOURS: 150.00
SIGNATURE: _____

The undersigned employer, if not already signatory hereby becomes a signatory party to the current applicable Collective Bargaining Agreement with the Union covering the type and area of work of the listed employee and also to each Agreement and Declaration of Trust, and Amendments, establishing the Funds for which payment is made herewith.

[ ] INACTIVE NO MEN THIS MONTH
[ ] FINAL REPORT NO MEN UNTIL FURTHER NOTICE
[ ] SEND ADDITIONAL CONTRIBUTION FORMS

**MIDWEST OPERATING ENGINEERS FRINGE BENEFIT FUNDS — I.U.O.E. LOCAL 150**
**REPORTING FORM FOR SHAREHOLDERS & RELATIVES ONLY**

BUS. PHONE: (219) 923-8040
EMPLOYER'S CODE: 39701

**PLEASE USE SEPARATE FORM FOR DIFFERENT RATES**

JOB LOCATION/CONTRACT: IND 4-CTY/H & H ( 500 )
FEDERAL I.D. NO.: 32-0016483
HOURS WORKED DURING THE MONTH OF: 2/2008

KEVIN MISCH TRKG & EXC INC
C/O THOMAS WITHEROW & CO.
9002 INDIANAPOLIS BLVD
HIGHLAND IN 46322

**CONTRIBUTION RATES/REFER TO AGREEMENT**

| CHECK NUMBER | FUND | RATE PER HR. | TOTAL AMOUNT |
|---|---|---|---|
|  | WELFARE | 7.80 | 1,170.00 |
|  | PENSION | 6.50 | 975.00 |
|  | APPRENTICESHIP | .00 |  |
|  | CRF | .15 | 22.50 |
|  | INDUSTRY | .00 |  |

CONTRIBUTIONS ARE DUE BY THE 10TH DAY OF THE PRECEDING MONTH FOR WHICH THE EMPLOYER IS REPORTING. HOWEVER, IF PAYMENT IS NOT IN BY THE 20TH OF THE MONTH IT SHALL BE CONSIDERED A VIOLATION OF CONTRACT AND THE EMPLOYER WILL BE HELD LIABLE FOR ANY CLAIMS THAT MAY ARISE.

**INSTRUCTIONS ON REVERSE SIDE**

INDICATE: WORKING AGREEMENT PER THIS FORM
[ ] BUILDING
[X] HEAVY & HIGHWAY
[ ] MATERIAL PRODUCER
OTHER SPECIFY [ ]

**PARTNERS OR A SOLE PROPRIETOR ARE NOT TO MAKE CONTRIBUTIONS ON THEIR OWN BEHALF.**

| HOURS REPORTED | SOCIAL SECURITY NUMBER | Self Pay | EMPLOYEE - LAST NAME | FIRST NAME | Mid. Intl. | LIST LOCAL IF OTHER THAN 150 | FUND OFFICE - USE ONLY |
|---|---|---|---|---|---|---|---|
| 150 |  | 6702 | MISCH | KEVIN |  |  |  |

MOER REC'D
JAN 2 5 2008
DELINQUENCY

150.00 ← TOTAL HOURS    SIGNATURE

The undersigned employer, if not already signatory hereby becomes a signatory party to the current applicable Collective Bargaining Agreement with the Union covering the type and area of work of the listed employee and also to each Agreement and Declaration of Trust, and Amendments, establishing the Funds for which payment is made herewith.

[ ] INACTIVE NO MEN THIS MONTH
[ ] FINAL REPORT NO MEN UNTIL FURTHER NOTICE
[ ] SEND ADDITIONAL CONTRIBUTION FORMS