# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 641 | **DATE** | 4/9/2008 |
| **CASE TITLE** | William E. Dungan, et al. Vs. Kevin Misch Trucking & Excavating, Inc. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 4/9/2008. Defendant failed to appear. Plaintiffs' motion to reopen case and for entry of judgment against defendant [10] is granted. Enter Judgment Order. Judgment is entered in favor of the Plaintiffs and against defendant Kevin Misch Trucking & Excavating, Inc. in the total amount of $60,492.33. The Court will retain jurisdiction to enforce the Judgment Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

Courtroom Deputy Initials: RO